**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7041

BILLY D. MORRISON, a/k/a Billy Devar Morrison, Jr.,

Plaintiff - Appellant,

v.

NURSE D. CAPPADONIA,

Defendant - Appellee,

and

LEE INFIRMARY; DR. J MCCREE; DR. J. PATE; NURSE S. BLACKWELL; JULIE POWELL, Nursing Supervisor; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence. Timothy M. Cain, District Judge.  (4:19-cv-02171-TMC)

Submitted:  February 16, 2023                    Decided:  February 22, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy D. Morrison, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy D. Morrison appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant Cappadonia on Morrison's deliberate indifference claim raised pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error.* Accordingly, we affirm. *Morrison v. S.C.D.C.*, No. 4:19-cv-02171-TMC (D.S.C. Aug. 24, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although we conclude that Morrison's objections to the final magistrate judge's report were not entirely nonspecific as to all claims, his preserved claims are without merit.

3